SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Evelyn J. Ring,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-00145-JAM-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF EVELYN J. RING AND** *Proposed* **ORDER**<br><br>Complaint Filed: JANUARY 16, 2009<br><br>**CASE TO BE REMAIN OPEN TO FILE AMENDED COMPLAINT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Evelyn J. Ring) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open for Plaintiff to file an amended complaint against the correct owner of the property. Defendant (Evelyn J. Ring) is dismissed because this Defendant is deceased.

Dated: April 1, 2009          /s/Scott N. Johnson_____
                              SCOTT N. JOHNSON
                              Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **IT IS SO ORDERED** that Defendant, Evelyn J. Ring, is hereby dismissed WITHOUT prejudice and Plaintiff shall have until April 30, 2009 to file an amended complaint. |
| 2 | |
| 3 | |
| 4 | Dated: April 2, 2009                  /s/ John A. Mendez |
| | U. S. DISTRICT JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com